UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BENEDICT PAINE,<br><br>        Petitioner,<br><br>    v.<br><br>YOUNG,<br><br>        Respondent. | 1:20-cv-00187-JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON<br><br>ECF No. 1 |

Petitioner Jason Benedict Paine, a state prisoner proceeding without counsel, petitioned for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. The petitioner is challenging a conviction from Benton County, which is in the Richland division of the Eastern District of Washington. Petitioner is currently incarcerated in Fresno County, which is part of the Fresno Division of this court. Under 28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is incarcerated. Therefore, both the Eastern District of Washington and the Eastern District of California have concurrent jurisdiction. *See* § 2241(d). Pursuant to Local Rule 120(f), a civil action that has not been commenced in the appropriate court may, on the court's own motion, be transferred. Because petitioner is attacking the validity of his Washington state conviction, we will transfer this case to the Eastern District of Washington for the ease and convenience of the parties and the

1

court. *See id.*

**Order**

    1. This action is transferred to the United States District Court for the Eastern District of Washington sitting in Richland; and

    2. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> Eastern District of Washington
> 825 Jadwin Avenue, Room 174
> Richland, WA 99352

IT IS SO ORDERED.

Dated:   February 13, 2020             _/s/ Jeremy Peterson_
                                                  UNITED STATES MAGISTRATE JUDGE

No. 206.